IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS M. SCHUCH, SR. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 02-4584 |

**O R D E R**

**AND NOW**, this 10th of January, 2003, all parties are **ORDERED** to attend a status conference on the above captioned case which will be held on Friday, January 17, 2003, at 10:30 a.m. in Courtroom 11B of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Failure to appear may result in sanctions including dismissal of the claim.

BY THE COURT:

_____
ROBERT F. KELLY,    Sr. J.