IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS M. SCHUCH, SR., : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 02-4584 |
| vs. : | |
| ALLSTATE INSURANCE COMPANY, : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 18 th day of March, 2003, upon consideration of Defendant's Unopposed Motion for Extension of Time for Discovery and Dispositive Motions (Doc. No. 12), it is hereby **ORDERED** that:

1. the Motion is **GRANTED**;

2. the deadline for discovery is extended to April 17, 2003;

3. all dispositive motions, if any, shall be filed on or before May 1, 2003;

4. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before May 15, 2003. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions. This case shall be immediately placed in the Court's trial pool, subject to the rules published in the *Legal Intelligencer*, on the date of the filing of the Joint Pretrial Order.

BY THE COURT:

Robert F. Kelly,            Sr. J.